# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **Barbra Moran** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-cv-02230-RRA** |
| **Reynolds Ready Mix, LLC and** | ) | |
| **Ready Mix, (USA) LLC.** | ) | |
| | ) | |
| Defendant, | ) | |

### Memorandum Opinion

The case is presently before the court on the defendants motion to dismiss the outrage claim. (Doc. 14.) On May 14, 2008, the magistrate recommended that the motion be denied. The time for objections to the recommendation has passed and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered

DONE this 2nd day of June, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE